### Verlie BURKE, Appellant,
v.
### COMMONWEALTH of Kentucky, Appellee.

### Mack BURKE, Appellant,
v.
### COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

April 29, 1955.

C. F. See, Jr., Louisa, Chesley A. Lycan, Ashland, for appellants.

J. D. Buckman, Jr., Atty. Gen., Zeb A. Stewart, Asst. Atty. Gen., for appellee.

**PER CURIAM.**

We are affirming the judgments in these two consolidated cases in which Verlie Burke was fined $1,000 and Mack Burke was fined $500 and sentenced to ninety days in jail.

No error being found in the record, the motions for appeal are denied.

### Otis STACY, Appellant,
v.
### John W. BAIRD, Appellee.

Court of Appeals of Kentucky.

· April 29, 1955.

Faulkner & Faulkner, Hazard, for appellant.

Alva A. Hollon, Hazard, for appellee.

**PER CURIAM.**

Otis Stacy has moved for an appeal from a judgment against him, in favor of John W. Baird, in the amount of $1,925, for damages arising out of an automobile accident.

The physical facts did not make Baird's testimony unbelievable, and his testimony was sufficient to create a jury issue on the question of negligence. The verdict was not flagrantly against the evidence.

The motion for an appeal is overruled and the judgment is affirmed.